UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL JENKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL LONGSHOREMAN )<br>ASSOCIATION, LOCAL 1414, SAVANNAH, )<br>GEORGIA )<br>)<br>Defendant. )<br>) | 4:13-cv-177 |

## ORDER

Plaintiff Michael Jenks moves the Court for permission to exceed 25 pages in his brief opposing summary judgment. ECF No. 39. Jenks filed this motion just four hours before the deadline to submit the brief with no justification for the request other than "Plaintiff is making every effort to avoid exceeding the page limit." *Id.* Subsequently, Jenks proceeded to file a brief exceeding the page limit prior to receiving a ruling on this request. ECF No. 40. The Court ***DENIES*** the motion. Jenks has seven days to pare down the brief and resubmit to comply with LR 7.1(a). The Court also ***DISMISSES AS MOOT*** the motion for extension of time to file the original brief, ECF No. 41.

The 23 day of April, 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA